UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )         BK No.:   20-15038
Maria E Orozco   )
   )         Chapter:  7
   )         Honorable LaShonda Hunt
   )
   )         Joliet
Debtor(s)   )

**ORDER FOR MOTION TO COMPEL**

This cause coming to be heard on Trustee's Motion to Compel Discovery, due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

The Debtor is compelled by December 28, 2020 to provide Trustee with:
(a) the last two years of filed tax returns,
(b) pay advices for the period from June 3, 2020 through August 2, 2020,
(c) bank statements for the debtor's Chase Bank checking account listed on her Schedule A/B showing all transactions from the period of July 3, 2020 through, and including, August 2, 2020
(d) bank statement for the debtor's Chase Bank savings account listed on her Schedule A/B showing all transactions from the period of July 3, 2020 through, and including, August 2, 2020, and
(e) a copy of the Debtor's Driver's license or other photo ID.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  December 11, 2020

**Prepared by:**

Cindy M. Johnson
Chapter 7 Trustee
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306